THE HONORABLE ROBERT S. LASNIK
THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKE VIEW WEST CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut corporation, THE TRAVELERS COMPANIES, INC., Minnesota corporation; THE AETNA CASUALTY AND SURETY COMPANY, a Connecticut Corporation; TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. C21-0965-RSL-SKV<br><br>STIPULATED MOTION FOR CONTINUING PRETRIAL LITIGATION DEADLINES<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**June 29, 2022** |

Plaintiff Lake View West Condominium Association (the "Association") and

Defendants Travelers Property Casualty Company of America ("TPCCA"), Travelers

---

STIPULATED MOTION FOR CONTINUING PRETRIAL LITIGATION    PAGE 1
DEADLINES
NO. C21-0965-RSL-SKV

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Property Casualty Insurance Company ("TPCIC"), Aetna Casualty and Surety Company ("ACSC"), Travelers Casualty and Surety Company ("TCSC"), The Travelers Indemnity Company ("TIC"), and The Travelers Indemnity Company of America ("TICA") (together, the "Travelers Defendants") stipulate to this motion for a continuance of the pre-trial deadlines and respectfully request a short extension of pre-trial deadlines.

Counsel for the Plaintiff recently returned from family leave and counsel for both parties are scheduled to be in trial against one another in another unrelated matter for multiple weeks beginning on August 22. The parties need more time to take depositions and file motions for summary judgment regarding damage, causation, timing of damage, and the correct interpretation of policy language and Washington law. Extending the pre-trial deadlines will allow time for depositions and summary judgment motions, which will clarify and define the issues for trial. Counsel for the Association and the Travelers Defendants have conferred and propose a 90-day extension of the following deadlines:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 07/5/22 | 10/3/2022 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 07/26/22 | 10/24/2022 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR 7(d) or LCR 37(a)(2)) | 8/24/22 | 11/22/2022 |
| Discovery completed by | 9/23/22 | 12/22/2022 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 10/24/22 | 1/23/2023 |

The Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of certain pretrial deadlines due to the

STIPULATED MOTION FOR CONTINUING PRETRIAL LITIGATION DEADLINES    PAGE 2
NO. C21-0965-RSL-SKV

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

reasons set forth above.

DATED: June 29, 2022

| Bullivant Houser Bailey PC | Stein, Sudweeks & Stein, PLLC |
|---|---|
| By: s/ Daniel R. Bentson<br>Daniel R., Bentson, WSBA #36825<br>daniel.bentson@bullivant.com<br>Alexander Jurisch, WSBA #53552<br>alexander.jurisch@bullivant.com<br><br>Attorneys for Defendants Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, Aetna Casualty & Surety Company, Travelers Casualty & Surety Company, The Travelers Indemnity Company; The Travelers Indemnity Company of America | By: s/ Cortney Feniello via email approval<br>Jerry H. Stein, WSBA #27721<br>jstein@condodefects.com<br>Justin D. Sudweeks, WSBA #28755<br>justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>dstein@condodefects.com<br>Cortney M. Feniello, WSBA #57352<br>cfeniello@condodefects.com<br><br>Attorneys for Plaintiff Lake View West Condominium Association |

IT IS SO ORDERED this 30th, day of June 2022.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

4866-1684-2278.1

STIPULATED MOTION FOR CONTINUING PRETRIAL LITIGATION DEADLINES — PAGE 3
NO. C21-0965-RSL-SKV

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930