|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAKE VIEW WEST CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,

Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al.,

Defendants.

No.: 2:21-cv-00965-RSL-SKV

STIPULATED MOTION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE

**<u>STIPULATION</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Lakeview West Condominium Association (the "Association") and Defendants Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, Aetna Casualty and Surety Company, Travelers Casualty and Surety Company, The Travelers Indemnity Company, and The Travelers Indemnity Company of American (together, "Travelers") stipulate that the claims asserted against Travelers by the Association in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

STIPULATED MOTION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE
NO.: 2:21-CV-00965-RSL-SKV

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED: September 26, 2022

| STEIN SUDWEEKS & STEIN PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| s/ Cortney M. Feniello<br>Jerry H. Stein, WSBA #27721<br>E-mail: jstein@condodefects.com<br>Justin D. Sudweeks, WSBA #28755<br>E-mail: justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>E-mail: dstein@condodefects.com<br>Cortney M. Feniello, WSBA #57352<br>E-mail: cfeniello@condodefects.com<br><br>*Attorneys for Plaintiff* | s/ Daniel R. Bentson<br>Daniel R. Bentson, WSBA #36825<br>Email: dan.bentson@bullivant.com<br>Jared F. Kiess, WSBA #54532<br>E-mail: jared.kiess@bullivant.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this 3rd day of October 2022.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE
NO.: 2:21-CV-00965-RSL-SKV

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930